IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNIFER J. O., | Civil No. 3:25-cv-05298-JHC |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based upon the parties' Stipulated Motion to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, Dkt. # 10, and for cause shown, **IT IS ORDERED** that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulated Motion to Remand.

After judgment, Plaintiff may be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 28th day of July, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Page 1    ORDER
          3:25-CV-05298-JHC