**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF WASHINGTON IN TACOMA**

| | |
|---|---|
| JENNIFER J. OURY,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | **Case No. 3:25-cv-05298-JHC**<br><br>**ORDER FOR FEES UNDER 42 U.S.C. § 406(b)** |

Plaintiff brought this action seeking review of the Commissioner of the Social Security Administration's final decision to deny Plaintiff's application for Disability Insurance Benefits under Title II of the Social Security Act. The Court remanded the case for further administrative proceedings. Dkt. # 11. On remand, Plaintiff receive a Fully Favorable decision, awarding her Disability Insurance Benefits.

Plaintiff now seeks an award of fees pursuant to 42 U.S.C. § 406(b). Dkt. # 16. Defendant neither supports nor objects to the request. The Court finds the requested fees are reasonable.

Plaintiff's motion is GRANTED, Dkt. # 16, and Plaintiff's counsel is awarded a net sum of $34,440.25 in attorney fees under 42 U.S.C. § 406(b). Previously, the Court awarded Plaintiff $7,453.73 in fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, therefore, the amount of $7,453.73 shall be deducted from the $41,893.98 in gross attorney fees requested under 42 U.S.C. § 406(b).

When issuing the Section 406(b) check for payment to Plaintiff's attorney, the Commissioner is directed to send Plaintiff's attorney, H. Peter Evans, the balance of $34,440.25, less any applicable processing fee prescribed by law.

IT IS SO ORDERED.

DATED this 16th day of September 2026.

John H. Chun

Judge John H. Chun
United States District Court Judge